UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

WILLIAM R. MILLER, )
)
Plaintiff, )
)
vs. )
) CASE NO.: 14-CV-2565
EXPERIAN, EQUIFAX and )
TRANS UNION, )
)
Defendants. )
)

### NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), incorrectly named as "Equifax," by Counsel, hereby files this Notice of Removal of this action from the District Court of Johnson County, Kansas, wherein it is now pending as Case No. 14-cv-06281 to the United States District Court for the District of Kansas. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendant shows this Court as follows:

1. An action was filed on October 6, 2014 in the District Court of Johnson County, Kansas, entitled *Miller v. Experian, et al.*, Case No. 14-cv-06281 (the "State Court Action").

2. Equifax was served with the Complaint on October 20, 2014.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (*See* Plaintiff's Complaint, attached hereto as part of **Exhibit A**).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the District Court of Johnson County, Kansas, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as **Exhibit A**, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

7. All Defendants consent to the removal of this case. Collectively attached hereto, as **Exhibit B**, are copies of the Consents of codefendants Experian and Trans Union.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

## DESIGNATION OF PLACE OF TRIAL

Defendant Equifax requests that trial be held in Kansas City, Kansas.

This 10th day of November, 2014.

Respectfully submitted,

POLSINELLI PC

/s/ G. Gabriel Zorogastua
G. Gabriel Zorogastua    Kan. #23556
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Tel: (816) 753-1000
Fax: (816) 753-1536

ATTORNEYS FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon counsel for Plaintiff by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Kurt S. Brack, Esq.
Holbrook & Brack
7400 W. 110th Street, Suite 600
Overland Park, KS 66210
*Attorneys for Plaintiff*

Bryan E. Mouber, Esq.
James S. Kreamer, Esq.
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108

*Attorneys for Defendant Trans Union LLC*

Mary M. Dyczek, Esq.
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114

*Attorneys for Defendant Experian*

this 10th day of November, 2014.

/s/ G. Gabriel Zorogastua

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

MILLER, WILLIAM R

           Plaintiff                      Case No: 14CV06281
vs                                            Division: 2
                                                        K.S.A. Chapter 60

EQUIFAX,

           Defendant

## SUMMONS

To the above-named defendant:

    YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

        Name:    KURT S BRACK
        Address: 7400 W 110TH ST, STE 600
                   OVERLAND PARK, KS 66210
        Phone:   (913) 342-2500

Within 30 days after service of summons upon you.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



*Sandy McCurdy*

Clerk of the District Court

Dated: October 06, 2014

Johnson County Court House, 100 N. Kansas Ave. Olathe, KS 66061



EXHIBIT A

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

WILLIAM R. MILLER, )
)
)
Plaintiff, )
)
vs. ) 14 C V 0 6 2 8 1
)
EXPERIAN, )
A Foreign Corporation, ) Case No.
Serve the Resident Agent )
P.O. Box 2002 ) Division No. 2
Allen, Texas 75013 )
)
and )
)
EQUIFAX, )
A Foreign Corporation, )
Serve the Resident Agent )
P.O. Box 74021 )
Atlanta, GA 30374 )
)
and )
)
TRANSUNION, )
A Foreign Corporation, )
Serve the Resident Agent )
P.O. Box 1000 )
Chester, PA 19022 )
)
Defendants. )

## PETITION

COMES NOW the plaintiff, William R. Miller, by and through his counsel, Kurt S. Brack, and for his causes of action against the defendants, states and alleges as follows:

1. That the plaintiff William R. Miller ("Miller") is an individual resident of Johnson County, Kansas.

2. That the defendants, Experian, Equifax and Transunion are foreign corporations which are engaged in business in the State of Kansas and may be served with process at the above-listed addresses.



CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2014 OCT -3 PM 1:59

3. That this court has jurisdiction over the subject matter as well as personal jurisdiction over the defendants because defendants do business in the State of Kansas, a substantial portion of the wrongful acts asserted by the plaintiff against the defendants occurred in Johnson County, Kansas and that plaintiff sustained all or part of his damages alleged herein in Johnson Count, Kansas. Further, this Court has jurisdiction over this matter pursuant to the Fair Credit Reporting Act found at 15 U.S.C.A. § 1681-1681v as well as the provisions of the Kansas Fair Credit Reporting Act, found at K.S.A. § 50-701 *et seq.*

4. That venue in this case is proper in Johnson County, Kansas for the reasons set forth in the preceding paragraph.

## FACTUAL BACKGROUND

5. That plaintiff William R. Miller is a consumer.

6. That in 2013, William R. Miller learned of an improper tax lien filed by the State of Missouri in five (5) different Missouri counties.

7. That after learning of the tax liens, Miller further learned that the Tax liens were showing up on his personal credit reports issued by defendants.

8. Thereafter, Miller notified defendants of the incorrect information contained in his credit report and demanded that defendants remove the incorrect information from his credit report.

9. That to date, defendants have failed and refused, without justification, to remove the incorrect information contained in Miller's credit report.

## COUNT I - VIOLATION OF FAIR CREDIT REPORTING ACT

10. Plaintiff incorporates paragraphs 1 through 9 as if fully set forth herein.

11. That at all times material hereto, defendants operate as a Credit Reporting Agency as defined by 15 U.S.C.A. § 1681-1681v and K.S.A. § 50-702(e).

SCAN DATE 2014/10/06 08:43

12. That at all times material hereto, defendants reported information to various entities concerning plaintiff's credit score and credit information with actual knowledge of its errors in that defendants knew or had reasonable cause to believe that the information it reported was inaccurate.

13. As set forth above, defendants consciously and knowingly reported inaccurate information concerning Plaintiff to various entities concerning Plaintiff after notice and confirmation of errors.

14. That Plaintiff specifically notified Defendants at defendants' proper address that the specific information Defendants were publishing concerning Plaintiff was inaccurate.

15. That at all times relevant hereto, Defendants were publishing information regarding Plaintiff that was in fact inaccurate.

16. That at all times relevant hereto, Defendants failed to promptly notify various entities of the incompleteness or inaccuracies of the specific information Defendants published concerning Plaintiff.

17. At all times relevant hereto, Defendants knowingly, intentionally and negligently failed to maintain reasonable procedures designed to avoid violations of the Fair Credit Reporting Act and Kansas Fair Credit Reporting Act.

18. At all times relevant hereto, Defendants knowingly, intentionally and/or negligently failed to handle a reinvestigation when Plaintiff disputed the completeness and/or accuracy of Defendants' report concerning Plaintiff.

19. That as a direct and proximate result of Defendants' actions and inactions, Plaintiff suffered and continues to suffer damages due to denial of credit and more favorable terms and rates.

20. That as a direct and proximate result of Defendants' actions and inactions, Plaintiff suffered damages due to humiliation, embarrassment, loss of reputation, and distress.

21. Plaintiff seeks an Order from this Court enjoining Defendants from continuing with Defendants' ongoing actions and inactions regarding the incompleteness and/or inaccuracies in Plaintiff's credit history.

SCAN DATE 2014/10/05 08:43

WHEREFORE, Plaintiff William R. Miller demands judgment against Defendants in an amount to be determined together with interest, costs of suit, and reasonable attorneys' fees; and for an Order enjoining the Defendants from continuing to publish incomplete and/or inaccurate information concerning Plaintiff's credit history.

### COUNT II - NEGLIGENCE

22. Plaintiff incorporates paragraphs 1 through 21 as if fully set forth herein.

23. That at all times relevant hereto, Defendants were negligent in the following respects:

    a. in failing to exercise due care to report reasonably and fairly concerning Plaintiff's credit history;

    b. in failing to exercise due care to obtain complete and accurate information concerning Plaintiff's credit history;

    c. in failing to exercise due care to revise and/or correct reports published concerning Plaintiff's credit history;

    d. in failing to exercise due care to protect the rights and interests of Plaintiff; and

    e. in failing to obey state and federal laws and statutes regarding the reporting of Plaintiff's credit history.

24. That as a direct and proximate cause of Defendants' negligence, Plaintiff suffered injuries and damages.

WHEREFORE, Plaintiff William R. Miller prays for judgment against the defendants in an amount to be determined, together with interest and costs, and for any other relief the Court deems just and proper.

SCAN DATE 2014/10/06 08:43

HOLBROOK & BRACK

By: _____
KURT S. BRACK #14797
7400 W. 110th Street, Suite 600
Overland Park, Kansas 66210
(913) 327-5275
Fax: (888) 685-2224
*Attorneys for Plaintiff*

SCAN DATE 2014/10/06 08:43






7014 1200 0002 1378 9584

**First Class Mail**

HOLBROOK & BRACK
ATTORNEYS AT LAW
COMMERCE PLAZA II
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210

TO:

Equifax
P.O. Box 74021
Atlanta, GA 30374












IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
Kansas City Division

WILLIAM R. MILLER,

    Plaintiff,

v.

Civil Action No. _____

EXPERIAN, EQUIFAX, and TRANSUNION,

    Defendant.

## DEFENDANT TRANS UNION LLC'S
## JOINDER IN AND CONSENT TO REMOVAL

Without waiving any other defenses, Defendant Trans Union LLC, hereby joins in and consents to the removal of this action from the District Court of Johnson County, Kansas. Removal is proper for the reasons stated in Defendant Equifax Information Services, LLC's Notice of Removal.

Defendant Trans Union LLC first received a copy of the Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on October 21, 2014.

        Respectfully submitted,

        /s/ Bryan E. Mouber
        **BRYAN E. MOUBER** #19710
        mouber@bscr-law.com
        **JAMES S. KREAMER** #14374
        kreamer@bscr-law.com
        **BAKER, STERCHI, COWDEN & RICE LLC**
        2400 Pershing Road, Suite 500
        Kansas City, MO 64108
        (816) 471-2121
        (816) 472-0288 Fax
        ***Counsel for Trans Union LLC***


EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM R. MILLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN, EQUIFAX and )<br>TRANS UNION, )<br>)<br>Defendants. )<br>_____ ) | CASE NO.: _____ |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
### CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant Experian Information Solutions, Inc. hereby consents to the notice of removal of this action from the District Court of Johnson County, Kansas, wherein it is now pending, to the United States District Court for the District of Kansas.

This 10th day of November, 2014.

Respectfully submitted,
EXPERIAN INFORMATION SOLUTIONS, INC.

/s/ *Mary M Dyck*