IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
Kansas City Division

WILLIAM R. MILLER,

    Plaintiff,

v.                                        Civil Action No. 2:14-cv-02565-JWL-GLR

EQUIFAX, EXPERIAN and TRANSUNION,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE LUNGSTRUM:

Plaintiff William R. Miller and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between William R. Miller and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

/s/ Kurt S. Brack
-----------------------------------------
**KURT S. BRACK #14797**
kbrack@holbrookbrack.com
**HOLBROOK & BRACK**
7400 West 110th St, Suite 600
Overland Park, KS 66210
(913) 327-5275
(888) 685-2224 Fax
***Counsel for Plaintiff***

/s/ Bryan E. Mouber
**BRYAN E. MOUBER** #19710
mouber@bscr-law.com
**JAMES S. KREAMER** #14374
kreamer@bscr-law.com
**JONATHAN E. BENEVIDES**
benevides@bscr-law.com
**BAKER, STERCHI, COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 Fax
and
**ALLISON A. REDDOCH**
allison.reddoch@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard
Suite 600
Frisco, TX 75034
(469) 287-3909
(469) 227- 6590 Fax
***Counsel for Trans Union LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kurt S. Brack
kbrack@holbrookbrack.com
Holbrook & Brack
7400 West 110th Street
Suite 600
Overland Park, KS 66210
(913) 327-5275
(888) 685-2224 Fax
***Counsel for Plaintiff***

Guillermo Gabriel Zorogastua
gzorogastua@polisinelli.com
Polsinelli PC
900 W 48th Place, Suite 900
Kansas City, MO 64112
(816) 753-1000
(816) 753-1536 Fax
and
Kendall W. Carter
kcarter@kslaw.com
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-2495
(404) 572-5100 Fax
***Counsel for Equifax***

Andrea S. McMurtry
amcmurtry@hab-law.com
Danne W. Webb
dwebb@hab-law.com
Horn, Aylward & Bandy LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
(816) 595-7714
(816) 421-0899 Fax
and
Mary M. Dyczek
mdyczek@jonesday.com
Jones Day
901 Lakeside Avenue East
Cleveland, OH 44114
(216) 586-7075
(216) 579-0212 Fax
***Counsel for Experian***

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participants in the manner indicated: None

**/s/ Bryan E. Mouber**
**BRYAN E. MOUBER**