IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| WILLIAM R. MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:14-cv-02565 |
| EXPERIAN; EQUIFAX; and TRANSUNION, | ) ) ) |
| Defendants. | ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

COME NOW Plaintiff William R. Miller, by and through counsel, and Defendant Experian, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that Plaintiff's claims as they pertain to Experian in the above-captioned action be and hereby are dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated:  November 20, 2015                     Respectfully submitted,

/s/ Kurt S. Brack
_____
Kurt S. Brack (Kansas Bar #14797)
7400 West 100th Street, Suite 600
Overland Park, KS  66210
Telephone:(913) 327-5275
Facsimile: (888) 685-2224
Email:  kbrack@mdpservicesllc.com
*Counsel for Plaintiff*

Dated:  November 20, 2015                     Respectfully submitted,

/s/ Mary M. Dyczek
_____
Danne W. Webb (KS Bar #22312)
Andrea S. McMurtry (KS Bar #24746)
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd, Suite 1100
Kansas City, MO  64108
(816) 421-0700
(816) 421-0899 (Fax)
dwebb@hab-law.com
amcmurtry@hab-law.com

Mary M. Dyczek (admitted pro hac vice)
JONES DAY
901 Lakeside Ave.
Cleveland, OH  44114
(216) 586-3939
(216) 579-0212 (Fax)
mdyczek@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

Service of the foregoing was effected via electronic transmission through the District Court's ECF filing system this 20th day of November, 2015 to all counsel of record.

/s/ Kurt S. Brack
_____
Kurt S. Brack