UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM R. MILLER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-CV-02565 |
| EXPERIAN; EQUIFAX; and TRANSUNION, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

COME NOW Plaintiff William R. Miller, by and through counsel, and Defendant Equifax Information Services, LLC ("Equifax"), by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that Plaintiff's claims as they pertain to Equifax in the above-captioned action be and hereby are dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 4, 2016                          Respectfully submitted,

/s/ Kurt S. Brack
_____
Kurt S. Brack (Kansas Bar #14797)
7400 West 100th Street, Suite 600
Overland Park, KS  66210
Telephone:(913) 327-5275
Facsimile:  (888) 685-2224
Email:  kbrack@mdpservicesllc.com

*Counsel for Plaintiff*

Dated: January 4, 2016                          Respectfully submitted,

/s/ Gabe Zorogastua
_____
Gabe Zorogastua (Kansas Bar #23556)
POLSINELLI PC
700 W. 47th Street, Suite 1000
Kansas City, MO  64112-1805
Telephone:(816) 753-1000
Facsimile:  (816) 753-1536

Kendall W. Carter (admitted *pro hac vice*)
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA  30309
Telephone:(404) 572-2495
Facsimile:  (404) 572-5138

*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

Service of the foregoing was effected via electronic transmission through the District Court's ECF filing system this 6th day of January, 2016 to all counsel of record.

/s/ Kurt S. Brack_____
Kurt S. Brack